Marlon Bayas (Bar No.: 440972023)
Bayas Law, P.C.
191 Central Ave, Suite 220
Newark, NJ 07103
info@bayaslaw.com
Attorney for Petitioner

**Via Electronic Filing**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: Illescas Bermeo v. Warden, Civil No. 26-1587**
**Motion To Withdraw Document**

Dear Judge Farbiarz:

Petitioner, Jamie Marcelo Illescas Bermeo, by and through undersigned counsel, hereby moves this Court for an Order permitting the withdrawal of the Letter filed on May 26, 2026, at Docket Entry No. 19

In support of this motion, it is represented that:
1. On May 26, 2026, a letter was inadvertently filed on the docket (ECF No. 19)
2. The letter was filed in error.
3. Withdrawal of this document is necessary to maintain the confidentiality of unredacted information.
4. No substantive prejudice will result for any party if this document is withdrawn, as it will be removed from public view on PACER.

**WHEREFORE**, Petitioner respectfully requests that this Court enter an Order granting this motion, permitting the withdrawal of the aforementioned letter, and directing the Clerk of the Court to strike the document from the docket.

Dated: May 26, 2026                                        Respectfully submitted,


                                                          **/S/ Marlon Bayas**

**SO ORDERED.**
**s/ Michael E. Farbiarz**                                Marlon Bayas, Esq.
**Michael E. Farbiarz, U.S.D.J.**
**Date:** My 27, 2026